# **EXHIBIT A**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Transfer Type | Transfer Amount |
|---|---|---|---|---|
| Akorn Operating Company, LLC | Arjay Company | 11/30/2022 | Wire | $ 3,340.00 |
| Akorn Operating Company, LLC | Arjay Company | 1/6/2023 | Wire | $ 35,487.46 |
| Akorn Operating Company, LLC | Arjay Company | 1/27/2023 | Wire | $ 8,082.00 |
| Akorn Operating Company, LLC | Arjay Company | 2/1/2023 | Wire | $ 4,459.92 |
| Akorn Operating Company, LLC | Arjay Company | 2/8/2023 | Wire | $ 18,383.34 |
| | | | | $ 69,752.72 |